AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Wolff | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-176A |
| v. | |
| Patrick Gallivan, et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's motion for default judgment against defendant Marcell A. Johnson is granted and judgment is entered in favor of plaintiff in the amount of $100,000.

| | |
|---|---|
| Date: March 23, 2006 | RODNEY C. EARLY, CLERK |
| | By:  s/Deborah M. Zeeb |
| | Deputy Clerk |